### 4

Elliott FREDERICK, Trustee in Bankruptcy of the Estate of Wilmer Sales Co., a Corporation, Bankrupt, Plaintiff in Error, v. MOTORS MORTGAGE CORPORATION, Defendant in Error. (Circuit Court of Appeals, Third Circuit. March 2, 1925.) No. 3250. In Error to the District Court of the United States for the Western District of Pennsylvania; W. H. Seward Thomson, Judge. See, also, 1 F.(2d) 437. M. J. Hosack and Redden

& Weddell, all of Pittsburgh, Pa., for plaintiff in error. Wilbur F. Galbraith, of Pittsburgh, Pa., for defendant in error. Before BUFFINGTON and DAVIS, Circuit Judges.

PER CURIAM. This action was brought here by writ of error of Elliot Frederick, trustee in bankruptcy of the estate of the Wilmer Sales Company, to review the action of the trial judge in giving binding instructions for the defendant, Motors Mortgage Corporation. The business transactions among the parties connected directly or indirectly are all clearly set forth in the lucid opinion of the learned trial judge in overruling a motion for a new trial. We entirely agree with his reasoning and conclusions, and accordingly affirm the judgment on his opinion. 1 F.(2d) 438.